IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**IVORY WILLIAMS**                                             **PLAINTIFF**

V.                           Case No. 4:24-CV-00721-JM

**BANK OF AMERICA and**
**ALASTAIR BORTHWICK**                             **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ORDERED this 6th day of February, 2025.

_____
UNITED STATES DISTRICT JUDGE